**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROHULLAH BAKI,<br>Petitioner,<br><br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br>Respondents. | Civil No. 5:26-cv-04975-JLS |

**ORDER**

**AND NOW**, this 21st day of August, 2026, upon review of Petitioner Rohullah Baki's Petition for Writ of Mandamus and Complaint for Declaratory and Injunctive Relief (ECF No. 1), **IT IS HEREBY ORDERED** that Respondents shall file a response on or before **Thursday, August 27, 2026, at 5:00 PM**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge