**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROHULLAH BAKI, Petitioner, | : | |
| v. | : | Civil No. 5:26-cv-04975-JLS |
| JOSEPH B. EDLOW, *et al.*, Respondents. | : | |

**ORDER**

**AND NOW**, this 25th day of August, 2026, upon receipt of correspondence from counsel, **IT IS HEREBY ORDERED** that a telephone status conference shall be held **tomorrow, Wednesday, August 26, 2026, at 11:00 AM**. Counsel shall dial into the conference at 1-855-244-8681; meeting access code 2310 218 6387.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge