**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROHULLAH BAKI, :
Petitioner, :
:
v. : Civil No. 5:26-cv-04975-JLS
:
JOSEPH B. EDLOW, *et al*., :
Respondents. :

**ORDER**

**AND NOW**, this 26th day of August, 2026, following a telephone status conference with counsel, **IT IS HEREBY ORDERED** that the deadline for Respondents to file a response to Petitioner Rohullah Baki's Petition for Writ of Mandamus and Complaint for Declaratory and Injunctive Relief (ECF No. 1), or to act on Petitioner's requests, is **EXTENDED** to **Monday, October 19, 2026, at 5:00 PM**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge